## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESLEY LEE EGGLESTON, II | : CIVIL ACTION |
| | : |
| v. | : NO. 26-270 |
| | : |
| TROOPERS JOHN/JANE DOES I-III, | : |
| FORMER PSP COMMISSIONER | : |
| CHRISTOPHER PARIS, PSPS | : |
| JOHN/JOHN DOE SUPERVISORS, and | : |
| POLICE OFFICERS JOHN/JANE | : |
| DOES IV-VI | : |

## ORDER

**AND NOW**, this 19th day of March 2026, upon reviewing Plaintiff's Answer (ECF 22) to Defendants' Motion to dismiss counts VI and VII with prejudice (ECF 21) representing Plaintiff does not oppose the partial Motion to dismiss and will file an amended Complaint consistent with Rule 15 by no later than March 27, 2026, it is **ORDERED** we:

1.   **GRANT:**

   a.  Defendants Borough of Parkesburg, Chief Ryan Murtagh and Mayor John P. Hagan's uncontested Motion (ECF 21) to dismiss counts 6 (*Monell* policymaker liability against the Borough, John J. Hagan, II, and Chief Ryan Murtagh) and 7 (*Monell* municipal liability against Borough) with prejudice; and,

   b.  Plaintiff leave to file an amended Complaint consistent with Rule 15 by no later than **March 27, 2026**; and,

2.   **DIRECT** the Clerk of Court and parties **AMEND** the caption as above to reflect dismissal of all claims against the Borough, Mayor John J. Hagan, II, and Chief Ryan Murtagh.

_____
KEARNEY, J.